**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**


| | |
|---|---|
| ALFONSO COLORADO PEREZ, ) | |
| ) | Case No: 8:26-cv-47 |
| Petitioner/Plaintiff. ) | |
| ) | |
| -vs- ) | |
| ) | |
| Pamela Bondi, Secretary, Attorney General; ) | |
| Kristi Noem, Secretary, U.S. Department of ) | |
| Homeland Security; ) | |
| Todd M. Lyons, Acting Director of Immigration ) | **EMERGENCY MOTION FOR** |
| And Customs Enforcement; ) | **TEMPORARY RESTRAINING** |
| David Easterwood, Acting Director, ) | **ORDER OR PRELIMINARY** |
| St. Paul Field Office Immigration and Customs ) | **INJUNCTION** |
| Enforcement; ) | |
| Sheriff Robert Sorenson, Cass County Sheriff. ) | |
| ) | |
| Respondents/Defendants. ) | |
| _____) | _____ |


**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**
**OR PRELIMINARY INJUNCTION**

For the reasons set forth in the accompanying memorandum, Petitioner Alfonso Colorado

perez hereby moves immediate and emergency basis for a Temporary Restraining Order or

Preliminary Injunction (at such time as Respondent may be heard) prohibiting Respondents from

moving Petitioner outside of the geographic boundaries of the Federal District of Nebraska for

the duration of these proceedings.

Petitioner is a Mexican national who has resided in the United States since 1999. On or about January 3, 2026, Respondents took Petitioner into custody in Minnesota and transferred Petitioner to the Cass County Jail in Plattsmouth, Nebraska, where he remains.

Petitioner can only be detained pursuant to 8 U.S.C. § 1226(a).

Petitioner hereby moves as follows:

1.    Petitioner seeks a Temporary Restraining Order or Preliminary Injunction enjoining Respondents from moving Petitioner outside of the geographic boundaries of the District of Nebraska while detained.

2.    Petitioner seeks a Temporary Restraining Order or Preliminary Injunction ordering Respondents to release petitioner previously granted deferred action under an application for a U-visa and no change in circumstances exists to justify his detention.

3.    In the alternative, Petitioner seeks a Temporary Restraining Order or Preliminary Injunction ordering Respondents to hold a bond hearing in accordance with 8 U.S.C. § 1226(a) to determine Petitioner's ongoing custody within seven days.

WHEREFORE, Plaintiff respectfully requests this Court:

A.    Grant this Temporary Restraining Order or Preliminary injunction;

B.    Grant such other and further relief as justice may require.

Respectfully Submitted,

Alfonso Colorado Perez,
Petitioner/Plaintiff.

By:    /s/Larry N. Jarvis
        /s/Julia Cryne
        Carlson Blakeman LLP
        2002 Douglas Street Suite 100
        Omaha, NE 68102
        (402) 999-9796
        larry@carlsonblakeman.com
        Attorneys for Petitioner