# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALFONSO COLORADO PEREZ, | |
|     Petitioner/Plaintiff. | Case No: |
| -vs- | Judge |
| Pamela Bondi, Secretary, Attorney General; | |
| Kristi Noem, Secretary, U.S. Department of Homeland Security; | |
| Todd M. Lyons, Acting Director of Immigration And Customs Enforcement; | Proposed Order Granting Temporary Restraining Order or Preliminary Injunction |
| David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; | |
| Sheriff Robert Sorenson, Cass County Sheriff. | |
|     Respondents/Defendants. | |

## INTRODUCTION

The above-captioned matter came on for hearing before the Court on Petitioner's Motion for Temporary Restraining Order or Preliminary Injunction.

After reviewing all evidence, the written submissions, and supporting documents of the parties, and being fully advised in the matter and upon all the files and records herein, the Court makes the following:

## FINDINGS OF FACTS & CONCLUSIONS OF LAW

1. This Court has jurisdiction over the matter.

2. Petitioner has submitted sufficient evidence that, without the issuance of a temporary restraining order preventing Respondents from moving him outside of the geographical confines of the federal district of Nebraska during the pendency of these proceedings, Petitioner's rights would be irrevocably and substantially harmed.

3. Petitioner has submitted sufficient evidence that, without the issuance of a preliminary injunction ordering Respondents to hold a bond hearing to determine Petitioner's eligibility for release in accordance with 8 U.S.C. § 1226(a), Petitioner's rights would be irrevocably and substantially harmed.

**BASED ON THE ABOVE, THIS COURT ENTERS THE FOLLOWING:**

## ORDER

1. The Court grants Petitioner's request for a preliminary injunction temporarily enjoining Respondents from moving him outside of the geographical confines of the federal district of Nebraska.

2. The Court grants Petitioner's request for a preliminary injunction order ordering Respondents to provide Petitioner was a bond hearing in accordance with 8 U.S.C. § 1226(a) within seven days.

**DATED:**                                              **BY THE COURT:**

_____

Hon. Judge