IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALFONSO COLORADO PEREZ, | |
| Petitioner, | 8:26-CV-47 |
| vs. | JUDGMENT |
| PAMELA BONDI, Attorney General, et al., | |
| Respondents. | |

For the reasons stated in the accompanying memorandum and order, judgment is entered in favor of the petitioner. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations on or before February 13, 2026, or else the petitioner must be immediately released from detention.

Dated this 6th day of February, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge